United States District Court
for the District of New Jersey

_____
                                            :
UNITED STATES OF AMERICA,                   :
                                            :  Mag. No: 10-7164
                                            :
            vs.                             :
                                            :  Order of Reassignment
                                            :
JOSE FRANCISCO RODRIGUEZ, et al.            :
                                            :
_____ :

It is on this  6th  day of  October  2010,

O R D E R E D that the entitled action is reassigned from Magistrate Judge Esther Salas to Magistrate Judge Michael A. Shipp.

    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court